UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-378 JVS (ANx) | Date | April 27, 2010 |
| Title | Nathan Bonaparte v. Wachovia Mortgage Corp., et al. | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| | Karla J. Tunis | Not Present |
| | Deputy Clerk | Court Reporter |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Appear and Show Cause


      Defendants have filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), calendared for hearing on May 3, 2010 at 1:30 p.m. Plaintiff Nathan Bonaparte has not opposed the motion, nor has he filed a notice of non-opposition as required by Local Rule 7-16.

      Plaintiff's counsel Anthony G. Graham shall appear at the hearing and show cause why he should not be sanctioned for failure to comply with the Local Rules.


|  | 00 : 00 |
|---|---|
| Initials of Preparer | kjt |