1   Robert A. Bailey (#214688)
    ANGLIN, FLEWELLING, RASMUSSEN
2   CAMPBELL & TRYTTEN LLP
    199 South Los Robles Avenue, Suite 600
3   Pasadena, California  91101                              JS-6
    Tel:  (626) 535-1900
4   Fax:  (626) 577-7764

5   Attorneys for Defendant
    WACHOVIA MORTGAGE, (formerly known as
6   Wachovia Mortgage, FSB, now a division
    of Wells Fargo Bank, N.A.); WACHOVIA
7   MORTGAGE CORP. and WACHOVIA CORP.

8

9

10                    UNITED STATES DISTRICT COURT

11      FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

12

13  NATHAN BONAPARTE,                 Case No:  8:10-CV-00378-JVS (RZx)

14                Plaintiff,
                                      [Hon. James V. Selna]
15        vs.
                                      JUDGMENT OF DISMISSAL
16  WACHOVIA MORTGAGE
    CORPORATION, WACHOVIA
17  MORTGAGE, FSB AND                 Date:   June 28, 2009
    WACHOVIA CORPORATION AND          Time:  1:30 p.m.
18  DOES 1 to 10,                     Ctrm:  10C

19

20                Defendants.

21

22        On June 28, 2010, this Court granted Defendants' Motion to Dismiss for

23  Failure to Comply with the Court's Orders.  Therefore,

24        IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

25        1.    This action is dismissed, with prejudice, as to Defendants

26              WACHOVIA MORTGAGE CORPORATION, WACHOVIA

27              MORTGAGE, FSB (now a division of Wells Fargo Bank, N.A.) and

28              WACHOVIA CORPORATION (collectively "Defendants") and

1    judgment is entered for each of these Defendants.

2    2.    Plaintiff Nathan Bonaparte shall take nothing from Defendants.

3    3.    Defendants shall be entitled to recover their costs of suit.

4

5    IT IS SO ORDERED.

6    Dated:  __June 30, 2010

7    _____

8                                               Hon. James V. Selna
                                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101.

On the date below, I served a copy of the following document(s):

### [PROPOSED] JUDGMENT OF DISMISSAL

on all the interested parties in said case as follows:

### Served Electronically via Court's CM/ECF System:

*Attorneys for Plaintiff:*

Anthony G. Graham
GRAHAM & MARTIN LLP
3130 S. Harbor Boulevard, Suite 250
Santa Ana, CA 92704
Tel.: 714.850.9390; Fax: 714.850.9392
Email: anthonyggraham@msn.com

[X]     (BY ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF System.

[  ]     (BY TELECOPIER)  I caused such document to be delivered by telecopy transmission to the offices of the addressee.

[  ]     (BY MAIL)  I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **June 29, 2010**.


_____                    _____
         Barbara Cruz
      (Type or Print Name)                              (Signature of Declarant)